```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**DESHAWNE A. TAYLOR,**

    Plaintiff,

v.                                    Civil Action No. 2:20-cv-00027

**SOUTH CENTRAL REGIONAL JAIL**
**and LIEUTENANT TERRY,**

    Defendants.

## ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on October 12, 2022; and the Magistrate Judge having recommended that the court dismiss the Plaintiff's Complaint, ECF No. 2, and this action, and deny the Application to Proceed Without Prepayment of Fees and Costs, ECF No. 1; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the Magistrate Judge be, and hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that the Plaintiff's Complaint and this action be, and hereby are, dismissed. It is further ORDERED that the Plaintiff's Application to Proceed Without Prepayment of Fees and Costs be, and hereby is, DENIED.

The Clerk is directed to transmit copies of this order to any unrepresented parties, all counsel of record, and the United States Magistrate Judge.

ENTER: November 21, 2022

John T. Copenhaver, Jr.
Senior United States District Judge